# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00206 |
| Plaintiff, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Sharon L. Ovington |
| SAID HERNANDEZ-RAMOS, | |
| Defendant. | |

## DECISION AND ENTRY

This matter came before the Court for hearing on January 26, 2018 before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #46). Having conducted a full colloquy with Defendant Said Hernandez-Ramos, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as to Count 1 of the Information.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United State Magistrate Judge, and finds that Defendant Said Hernandez-Ramos's guilty plea was knowing, voluntary and intelligent. Final acceptance of

Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

_____
Walter Herbert Rice
United States District Judge